UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC EARNEST, | ) |
| Petitioner, | ) ) ) |
| vs. | )  Case No. 4:16CV01112 ERW |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## JUDGMENT

In accordance with the Memorandum and Order filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that that Petitioner Eric Earnest's Motion to Correct Sentence under 28 U.S.C. § 2255 is **DISMISSED**.

So Ordered this 14th day of March, 2017.

                                                                           _E. Richard Webber_
                                                                           **E. RICHARD WEBBER**
                                                                           **SENIOR UNITED STATES DISTRICT JUDGE**